IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SINCLAIR OIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 02-464C |
| THE UNITED STATES, | ) | (Judge Baskir) |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 28, 2006 Order, Plaintiff, Sinclair Oil Corporation, on behalf of both parties, respectfully submits this Status Report. The Court's March 28, 2006 Order continued the stay of proceedings in this case and directed the parties to file a Joint Status Report every ninety days addressing the status of similarly situated cases before the Court, which involve the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case.

Since the parties' last Status Report, DESC's motion to dismiss has been granted in *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl. Aug. 26, 2006), *ConocoPhilllips v. United States*, No. 02-1367C (Fed. Cl. Sept. 12, 2006), and *Tesoro Hawaii Corp. v. United*

*States,* No. 02-704C (Fed. Cl. Sept. 29, 2006). In addition, in *ConocoPhillips*, a notice of appeal was filed on October 3, 2006.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

*Of Counsel*:

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Attorneys for Plaintiff,
Sinclair Oil Corporation

October 18, 2006