IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SINCLAIR OIL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-464C<br>(Judge Baskir) |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 28, 2006 Order, Plaintiff, Sinclair Oil Corporation, on behalf of both parties, respectfully submits this Status Report. The Court's March 28, 2006 Order continued the stay of proceedings in this case and directed the parties to file a Joint Status Report every ninety days addressing the status of similarly situated cases before the Court, which involve the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case.

Since the parties' last Status Report, notices of appeal have been filed in *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl. Oct. 25, 2006); and *Tesoro Hawaii Corp. v. United States,* No. 02-704C (Fed. Cl. Nov. 29, 2006).

The parties respectfully request that, in lieu of filing Joint Status Reports every ninety days, they instead file a Joint Status Report within thirty days of the issuance of the mandate of the United States Court of

Appeals for the Federal Circuit in one of the three similarly situated cases pending before that court. Such a revision to the stay order would be consistent with the stays in effect in several other similarly situated cases and would conserve the resources of this Court and the parties.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

*Of Counsel*:

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Attorneys for Plaintiff,
Sinclair Oil Corporation

January 16, 2007