# In the United States Court of Federal Claims

Case No. 02-464C
(Filed: January 18, 2007)

****************************************************
SINCLAIR OIL CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The above captioned case shall continue to be STAYED, pending resolution of the appeals filed in *La Gloria Oil and Gas Company,* Case No. 02-465C (Fed. Cl. Oct. 25, 2006), and *Tesoro Hawaii Corporation,* Case No. 02-704C (Fed. Cl. Nov. 29, 2006).

In lieu of filing Joint Status Reports every 90 days, as instructed in this Court's March 28, 2006 Order, **parties shall file a Joint Status Report within 30 days of the issuance of a decision of the U.S. Court of Appeals for the Federal Circuit in one of the three similarly situated cases pending before that Court.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge