IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SINCLAIR OIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-464C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's January 18, 2007 Order, Plaintiff, Sinclair Oil Corporation, on behalf of both Plaintiff and Defendant, respectfully submits this Joint Status Report. Pursuant to the ruling of the United States Court of Appeals for the Federal Circuit in *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir. Sept. 21, 2007), the parties here are pursuing settlement discussions and are optimistic that this matter can be settled without the need for further proceedings. Accordingly, the parties request that the stay of proceedings be continued for an additional thirty days to permit the parties to continue settlement discussions. The parties propose

to file an additional Joint Status Report in thirty days in the event that this matter is not settled before that time.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Sinclair Oil Corporation

October 22, 2007