# In the United States Court of Federal Claims

Case No. 02-464C
(Filed: January 3, 2008)

*****************************************************
SINCLAIR OIL CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**DISMISSAL ORDER**

In accord with the parties' Joint Stipulation for Dismissal filed December 21, 2007, the case is dismissed with prejudice. The parties are to bear their own costs and attorney fees.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge